**Order entered October 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00326-CV

**MICHAEL A. RUFF, ET AL., Appellants**

**V.**

**SUZANN RUFF, ET AL., Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER

Before the Court is the October 29, 2018 second request of Jackie Galindo, Official Court

Reporter for Probate Court No. 1, for an extension of time to file the reporter's record.  We

**GRANT** the request and extend the time to **November 28, 2018**.

/s/    ADA BROWN
        JUSTICE